IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 1 CONNECTICUT HEALTH FUND and TRUSTEES OF SHEET METAL WORKERS' LOCAL NO. 40 HEALTH FUND, individually and on behalf of the INTERNATIONAL BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 1 CONNECTICUT HEALTH FUND, the SHEET METAL WORKERS' LOCAL NO. 40 HEALTH FUND, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELEVANCE, INC. F/K/A ANTHEM, INC., ANTHEM HEALTH PLANS, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD, ANTHEM BLUE CROSS, EMPIRE BLUE CROSS BLUE SHIELD, and EMPIRE BLUE CROSS,<br><br>Defendants. | CIVIL ACTION NO.: 3:22-cv-01541-VLB<br><br>THE HON. JUDGE BRYANT<br><br>MARCH 10, 2023 |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Dismiss, any opposition and reply thereto, and the record herein, and for good cause shown, it is hereby

ORDERED that Defendants' Motion to Dismiss is GRANTED. Plaintiffs' Complaint is dismissed with prejudice.

SO ORDERED, this ___ day of _____, 2023.

                                                                                                                          HONORABLE VANESSA L. BRYANT
                                                                                                                          UNITED STATES DISTRICT JUDGE