IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 1 CONNECTICUT HEALTH FUND and TRUSTEES OF SHEET METAL WORKERS' LOCAL NO. 40 HEALTH FUND, individually and on behalf of the INTERNATIONAL BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 1 CONNECTICUT HEALTH FUND, the SHEET METAL WORKERS' LOCAL NO. 40 HEALTH FUND, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELEVANCE, INC. F/K/A ANTHEM, INC., ANTHEM HEALTH PLANS, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD, ANTHEM BLUE CROSS, EMPIRE BLUE CROSS BLUE SHIELD, and EMPIRE BLUE CROSS,<br><br>Defendants. | CIVIL ACTION NO.: 3:22-cv-01541-VLB<br><br>THE HON. JUDGE BRYANT<br><br>MARCH 10, 2023 |

**INDEX OF EXHIBITS IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

| Exhibit | Description |
|---|---|
| A | Relevant excerpts of Administrative Service Agreement between International Union of Bricklayers and Allied Craftworkers and Anthem Health Plans, effective Jan. 1, 2016 |
| B | Relevant excerpts of Administrative Service Agreement between Sheet Metal Workers' Local No. 40 Health Fund and Anthem Health Plans, effective Jan. 1, 2020 |
| C | Opinion and Order Granting Defendant's Motion to Dismiss, *Tiara Yachts, Inc. v. Blue Cross Blue Shield of Michigan*, No. 1:22-cv-603, (W.D. Mich. Feb. 27, 2023) |

\\4132-6075-8853 v5

**DATED: March 10, 2023**               Respectfully submitted,

*/s/ Michael G. Durham*
**Michael G. Durham (ct05342)**
**DONAHUE, DURHAM & NOONAN, P.C.**
**741 Boston Post Rd # 306**
**Guilford, CT 06437**
**Tel: (203) 458-9168**
**Fax: (203) 458-4424**
**mdurham@ddnctlaw.com**

**E. Desmond Hogan (pro hac vice forthcoming)**
**Briana L. Black (pro hac vice forthcoming)**
**W. David Maxwell (pro hac vice forthcoming)**
**HOGAN LOVELLS US LLP**
**Columbia Square**
**555 13th Street, N.W.**
**Washington, DC 20004**
**Tel: (202) 637-5600**
**Fax: (202) 637-5910**
**desmond.hogan@hoganlovells.com**
**briana.black@hoganlovells.com**
**david.maxwell@hoganlovells.com**

*Counsel for Defendants Elevance Health, Inc., Anthem Health Plans, Inc., Blue Cross of California, Empire HealthChoice Assurance, Inc., and Empire Health Choice HMO, Inc.*

2

\\4132-6075-8853 v5

## CERTIFICATE OF SERVICE

I, Michael G. Donahue, attorney for the Defendants listed below, certify that, on March 10, 2023, I caused a copy of the foregoing to be served, via ECF, on all counsel of record and via email, on the following counsel:

Gregg D. Adler
Livingston, Adler, Pulda, Meiklejohn & Kelly
557 Prospect Ave.
Hartford, CT 06105-2922
Tel: 860-233-9821
Fax: 860-232-7818
gdadler@lapm.org

*Counsel for Plaintiffs*

/s/ Michael G. Durham
Michael G. Durham

*Counsel for Defendants Elevance Health, Inc., Anthem Health Plans, Inc., Blue Cross of California, Empire HealthChoice Assurance, Inc., and Empire Health Choice HMO, Inc.*

\\4132-6075-8853  v5