# EXHIBIT A

Relevant Excerpts from Bricklayers
Administrative Services Agreement

**ADMINISTRATIVE SERVICES AGREEMENT
FOR JOINTLY ADMINISTERED ARRANGEMENTS**

This Administrative Services Agreement ("Agreement") is entered into by and between International Union of Bricklayers and Allied Craftworkers ("Fund") and Anthem Health Plans, Inc. dba Anthem Blue Cross and Blue Shield ("Anthem") and is effective as of January 1, 2016 upon the following terms and conditions:

1.      Fund is the sponsor of a self-funded Group Health Plan (as defined below) providing, among other things, health care benefits to certain eligible Plan Subscribers and their qualified dependents.

2.      Fund desires to retain Anthem as an independent contractor to administer certain elements of Fund's Group Health Plan.

3.      Anthem desires to administer certain elements of Fund's Group Health Plan pursuant to the terms of this Agreement.

In consideration of the promises and the mutual covenants contained in this Agreement, Anthem and Fund (the "Party" or "Parties" as appropriate) agree as follows:


**ARTICLE 1 - DEFINITIONS**

For purposes of this Agreement and any amendments, attachments or schedules to this Agreement, the following words and terms have the following meanings unless the context or use clearly indicates another meaning or intent:

**ADMINISTRATIVE SERVICES FEES.**  The amount payable to Anthem in consideration of its administrative services and operating expenses as indicated in Section 3 of Schedule A, excluding any cost for stop loss insurance coverage or any other policy of insurance, if applicable.  All additional charges not included in the Administrative Services Fee are specified elsewhere in this Agreement.

**AGREEMENT PERIOD.**  The period of time indicated in Section 1 of Schedule A.

**ANTHEM AFFILIATE.**  An entity controlling, under common control with or controlled by Anthem.

**BILLED CHARGES.**  The amount that appears on a Member's Claim form (or other written notification acceptable to Anthem that Covered Services have been provided) as the Provider's charge for the services rendered to a Member, without any adjustment or reduction and irrespective of any applicable reimbursement arrangement with the Provider.

**BLUE CROSS BLUE SHIELD ASSOCIATION ("BCBSA").**  An association of independent Blue Cross and Blue Shield companies.

**CLAIM.**  Written or electronic notice of a request for reimbursement of any health care service or supply on a form acceptable to Anthem.

**CLAIMS RUNOUT SERVICES.**  Processing and payment of Claims that are incurred but unreported and/or unpaid as of the date this Agreement terminates.

**COVERED SERVICE.**  Any health care service or supply rendered to Members for which benefits are eligible for reimbursement pursuant to the terms of the applicable SPD.

**ERISA.**  The Employee Retirement Income Security Act of 1974, as amended, and regulations promulgated thereunder.

**GROUP HEALTH PLAN or PLAN.**  An employee welfare benefit plan (as defined in Section 3(1) of ERISA) established by Fund, in effect as of the Effective Date, as described in the Plan Documents, as they may be amended from time to time.

**INTER-PLAN PROGRAMS.**  Blue Cross and Blue Shield Association programs, including the BlueCard Program, where Anthem can process certain Claims for Covered Services received by Members, which may include accessing the reimbursement arrangement of a Provider that has contracted with another Blue Cross and/or Blue Shield plan.

**INVOICE DUE DATE.**  The date on the invoice provided to Fund indicating when payment is due.

**MEMBER.**   The individuals, including the Subscriber and his/her dependents, as defined in the SPD, who have satisfied the Plan eligibility requirements of Fund, applied for coverage, and been enrolled for Plan benefits.

**NETWORK PROVIDER.**   A physician, health professional, hospital, pharmacy, or other individual, organization and/or facility that has entered into a contract, either directly or indirectly, with Anthem to provide Covered Services to Members through negotiated reimbursement arrangements

**PAID CLAIM.**   The amount charged to Fund for Covered Services or services provided during the term of this Agreement.   Paid Claims may also include any applicable interest and any surcharges assessed by a state or government agency.   In addition, Paid Claims shall be determined as follows:

1.      Provider and Vendor Claims. Except as otherwise provided in this Agreement, Paid Claims shall mean the amount Anthem actually pays the Provider or Vendor without regard to: (i) whether Anthem reimburses such Provider or Vendor on a percentage of charges basis, a fixed payment basis, a global fee basis, single case rate, or other reimbursement methodology; (ii) whether such amount is more or less than the Provider's or Vendor's actual Billed Charges for a particular service or supply; or (iii) whether such payments are increased or decreased by the Provider's or Vendor's achievement of, or failure to achieve, certain specified goals, outcomes or standards adopted by Anthem.

2.      Payment Innovation Programs. If a Provider or Vendor participates in any Anthem payment innovation program, excluding any programs described in paragraph 1 of this provision, in which performance incentives, rewards or bonuses are paid based on the achievement of cost, quality, efficiency, or service standards or metrics adopted by Anthem ("Payment Innovation Programs"), Paid Claims shall also include the amount of such payments to Providers or Vendors for these Payment Innovation Programs.   Such payments may be charged to Fund on a per Claim, lump sum, per Subscriber, or per Member basis and shall be based on Anthem's predetermined methodology for such Payment Innovation Program, as may be amended from time to time.   The total monies charged in advance to fund a Payment Innovation Program shall be actuarially determined as the amount necessary to fund the expected payments attributable to the Payment Innovation Program.   Prior to its implementation, Anthem shall provide Fund with a description of the Payment Innovation Program, the methodology that will be utilized to charge the Fund, and any reconciliation process performed in connection with such program.   Payments to Providers or Vendors under these Payment Innovation Programs shall not impact Member cost shares.

3.      Fees Paid to Manage and/or Coordinate Care or Costs. Paid Claims may also include fees paid to Providers or Vendors for managing and/or coordinating the care or cost of care for designated Members.

4.      Claims Payment Pursuant to any Judgment, Settlement, Legal or Administrative Proceeding. Paid Claims shall include any Claim amount paid as the result of a settlement, judgment, or legal, regulatory, or administrative proceeding brought against the Plan and/or Anthem, or otherwise agreed to by Anthem, with respect to the decisions made by Anthem regarding the coverage of or amounts paid for services under the terms of the Plan.   Paid Claims also includes any amount paid as a result of Anthem's billing dispute resolution procedures with a Provider or Vendor.   Any Claims paid pursuant to this provision will count towards any stop loss accumulators under a stop loss agreement with Anthem.

5.      Claims Payment Pursuant to Inter-Plan Programs and Other BCBSA Programs. Paid Claims shall include any amount paid for Covered Services that are processed through Inter-Plan Programs or for any amounts paid for Covered Services provided through another BCBSA program (e.g., BCBSA Blue Distinction Centers for Transplant). More information about Inter-Plan Programs is found in Article 15 of this Agreement.

**PLAN DOCUMENTS.**   The documents that set forth the terms of the Plan, and which include the Summary Plan Description.

**PROPRIETARY INFORMATION AND CONFIDENTIAL INFORMATION.**   Fund's   Proprietary Information is information about the systems, procedures, methodologies and practices used by Fund to run its operations and the Plan and other non-public information about Fund.   Anthem's Proprietary Information is non-public, trade secret, commercially valuable, or competitively sensitive information, or other material and information relating to the products, business, or activities of Anthem or an Anthem Affiliate, including but not limited to: (1) Information about Anthem's Provider networks, Provider negotiated fees, Provider discounts, and Provider contract terms; (2) information about the systems, procedures, methodologies, and practices used by Anthem and Anthem Affiliates in performing their services such as underwriting, Claims processing, Claims payment, and health care management activities; and (3) combinations of data elements that could enable information of this kind to be derived or calculated.

Anthem's Confidential Information is information that Anthem or an Anthem Affiliate is obligated by law or contract to protect, including but not limited to: (1) Social Security numbers; (2) Provider tax identification numbers (TINs); (3) National Provider Identification Numbers (NPIs); (4) Provider names, Provider addresses, and other identifying information about Providers; and (5) drug enforcement administration (DEA) numbers, pharmacy numbers, and other identifying information about pharmacies.

**PROVIDER.**  A duly licensed physician, health professional, hospital, pharmacy or other individual, organization and/or facility that provides health services or supplies within the scope of an applicable license and/or certification and meets any other requirements set forth in the SPD.

**SUBSCRIBER.**  An employee or retiree or other eligible person (other than a dependent) who is enrolled in the Plan.

**SUMMARY PLAN DESCRIPTION ("SPD").**  A document provided to Subscribers by Fund or its designee that describes the health care benefits available to Members under the Plan, their rights under the Plan and the obligations of the Plan.

**VENDOR.**  A person or entity other than a Provider, including an Anthem Affiliate, that provides services or supplies pursuant to a contract with Anthem

## ARTICLE 2 - ADMINISTRATIVE SERVICES PROVIDED BY ANTHEM

a.     Anthem shall perform the following Claims administrative services:

   1.     Price Claims received by Anthem and transmit them electronically to Fund to apply benefits and perform final Claims adjudication.  If Fund receives a paper Claim form from a Provider, Fund shall send a letter to the Provider directing them to send the Claim to the Blue Cross or Blue Shield plan in their state.

   2.     Disburse to Providers and Vendors payments that Fund determines to be due in accordance with the provisions of the SPD and that are not payable directly to a Member.  Fund and Anthem acknowledge and understand that in certain cases Anthem will be disbursing to Providers who are not Network Providers.  If the SPD or Fund's policies and procedures provide that a Claim will be paid directly to a Member instead of the Provider, Fund shall be responsible for paying the Member.

b.     Anthem shall perform recovery services as provided in Article 13.

c.     This provision is intentionally omitted.

d.     Anthem shall provide Members and potential Members access to an online directory of Providers contracted with Anthem ("Provider Directories").  Additionally, Anthem shall ensure that Members and potential Members have access to the InterPlan directory of Providers via a website sponsored by BCBSA.

e.     Fund agrees that the terms of the Plan will include provisions for supporting discretion in determining the direction of payment including, but not limited to, a provision prohibiting Members from assigning their rights to receive benefit payments, unless otherwise prohibited by applicable law.

f.     Anthem will provide Fund with Plan data and assistance necessary for preparation of the Plan's information returns and forms required by ERISA or other federal or state laws.  Anthem shall prepare and mail all IRS Form 1099's and any other similar form that is given to Providers or brokers.  Form 5500s and any other governmental filings are the sole responsibility of Fund; however, Anthem shall provide timely information and assistance, if requested.  Anthem will disclose its fee and compensation information to Fund, as required by applicable law, for Fund to complete its Form 5500 and assess its compliance with section 408(b)(2) of ERISA and any applicable regulations promulgated thereunder.  Summary annual reports shall be prepared by and mailed by, and are the sole responsibility of, Fund.

g.     Unless otherwise agreed to by the Parties and specified in the SPD, Anthem's standard policies and procedures, as they may be amended from time to time, will be used in the provision of services specified in this Agreement.  In the event of any conflict between this Agreement and any of Anthem's policies and procedures, this Agreement will govern.

h.  Anthem shall have the authority to build and maintain its Provider network.  Fund is only entitled to receive a discount on a Claim from a Provider to the extent that Anthem can administer and receive a discount for that service for its other self-funded and fully insured business.  Anthem will utilize its standard processes and procedures when processing Claims submitted by Providers, including, but not limited to, those involving the timely filing of Claims and Claim code editing and bundling.  Nothing in this Agreement shall be interpreted to require Anthem to maintain negotiated fees or reimbursement arrangements or other relationships with certain Providers or Vendors.  Anthem will be solely responsible for acting as a liaison with Providers including, but not limited to, responding to Provider inquiries, negotiating rates with Providers or auditing Providers.

i.  With respect to any Paid Claims paid to Providers by Anthem, Anthem shall administer unclaimed funds pursuant to unclaimed property or escheat laws and shall make any required payment and file any required reports under such laws.

j.  If applicable to the Plan benefits and as indicated in Section 3(B) of Schedule A of this Agreement, Anthem shall offer wellness programs and any other programs to help Fund effectively manage the cost of care, and Fund shall pay fees for the programs selected by Fund.  Fund shall abide by all applicable policies and procedures of the programs selected, which may require Fund to provide requested information prior to Anthem initiating the service.

k.  If applicable to the Plan benefits and as indicated in Section 3(B) of Schedule A of this Agreement, Anthem may provide or arrange for the provision of the following managed care services, utilizing Anthem's medical policies:

1.  Conduct medical necessity review, utilization review, which may include, but is not limited to: (a) preadmission review to evaluate and determine the medical necessity of an admission or procedure and the appropriate level of care, and for an inpatient admission, to authorize an initial length of stay; (b) concurrent review throughout the course of the inpatient admission for authorization of additional days of care as warranted by the patient's medical condition and (c) retrospective review to evaluate and determine the medical necessity of an admission or procedure.

2.  Perform case management to identify short and long term treatment programs in cases of severe or chronic illness or injury.

3.  Provide access to a specialty network of Providers if the Plan includes a specialty network.  Anthem reserves the right to establish specialty networks for certain specialty or referral care.

4.  Provide any other managed care services incident to or necessary for the performance of the services set forth in this Article 2.

5.  If Fund delegates to Anthem fiduciary authority to determine appeals of any adverse benefit determination made by Anthem and to administer independent review requests related to those appeals, Anthem shall administer such appeals according to Anthem's complaint and appeals policy.  All other appeals and their associated independent review requests not delegated to Anthem will be the responsibility of Fund.  Anthem will charge Fund the fee indicated in Section 3(C) of Schedule A for any independent reviews conducted pursuant to this provision.

Fund delegates to Anthem fiduciary authority necessary for Anthem to perform the services under this Article 2(k).  Anthem shall be deemed to have properly exercised its fiduciary authority under this Article 2(k) unless a Member proves that Anthem has abused its discretion or that its decision is arbitrary and capricious.  Anthem is a fiduciary of the Plan only to the extent necessary to perform its obligations and duties as expressed in this Agreement and only to the extent that its performance of such actions constitutes fiduciary action.  Anthem shall not act as administrator of the Plan nor shall it have any fiduciary responsibility in connection with any other element of the administration of the Plan.

l.      If indicated in Section 3(B) of Schedule A, Anthem shall, at its expense, prepare and issue identification cards to each Subscriber who enrolls in the Plan, unless otherwise agreed to by Anthem and Fund.  Such identification cards shall be for the administration of Members' health care benefits under the Plan only and shall state that Anthem assumes no financial risk with respect to Claims.  Anthem shall have the right to determine the form of such identification cards prior to issuance and Fund agrees to include on such identification cards the information furnished or required by Anthem and the BCBSA.

m.      Anthem shall coordinate the filing of Paid Claims with the stop loss policy coverage issued by Anthem or an Anthem Affiliate.   Anthem shall have no obligation to prepare or file any claim for excess risk or stop loss coverage under a policy not issued by Anthem or an Anthem Affiliate.  If Anthem provides Utilization Management services under Article 2(k), Anthem shall provide Fund with Claims data pursuant to Article 11 of this Agreement if Fund chooses to file a claim under a stop loss policy issued by an entity other than Anthem or an Anthem Affiliate.  Anthem shall assume no liability or responsibility to Fund for inconsistencies between the determination of Covered Services under the SPD and this Agreement and the determination of coverage by an unaffiliated stop loss carrier.

## ARTICLE 3 - OBLIGATIONS OF FUND

a.      Fund shall furnish to Anthem initial eligibility information regarding Members.  Fund is responsible for enrolling Members, processing terminations, effecting COBRA coverage elections, effecting changes in single or family contract status, and effecting changes due to a Member becoming eligible or ineligible for Medicare.  Fund is responsible for determining eligibility of persons and advising Anthem in a timely manner, but no less often than monthly, through a method agreed upon by Anthem, including eligibility reports, electronic transmissions and individual applications, as to which individuals are to be enrolled as Members.  Anthem reserves the right to limit the effective date of retroactive enrollment to a date not earlier than 60 days prior to the date notice is received.  Such retroactive enrollments shall be subject to Anthem's receipt of any applicable fee, as indicated in Section 3 of Schedule A.  Fund shall keep such records and furnish to Anthem such notification and other information as may be required by Anthem for the purpose of Anthem's performance of its duties under this Agreement and determining the amount payable under this Agreement.

Fund shall notify Anthem monthly of the Subscribers, dependents, or other individuals that will be or have become ineligible for benefits under the Plan.  Upon receipt of such notice, Anthem shall terminate coverage effective as of the date specified in the SPD.  Fund shall give Anthem advance notice, if possible, of any Member's expected termination and/or retirement.  Anthem reserves the right to limit retroactive terminations to a maximum of 60 days prior to the date notice is received.  Anthem shall credit Fund any applicable fee for such retroactive terminations as indicated in Section 3 of Schedule A.

If Anthem has paid Claims for persons no longer eligible for reasons including, but not limited to, Anthem having been provided inaccurate eligibility information, or Anthem having received notice of a retroactive change to enrollment, then Fund shall reimburse Anthem for all unrecovered Paid Claim amounts to the extent that the amounts have not already been paid by Fund.

b.      Fund acknowledges that it or its designee(s) serves as the "plan sponsor", "plan administrator" and "named fiduciary" as those terms are defined in ERISA.  Fund has all discretionary authority and control over the management of the Plan, and all discretionary authority and responsibility for the administration of the Plan except as delegated to Anthem pursuant to Article 2(j).  Anthem does not serve either as "plan administrator" or as the Plan's "named fiduciary" and is not a fiduciary of the Plan.  Fund retains all final authority and responsibility for the Plan and its operation.

c.      Fund or its designee is responsible for preparing and distributing all Member notifications that are required pursuant to state or federal law, including, but not limited to, Title X of the Consolidated Omnibus Budget Reconciliation Act of 1985, as amended ("COBRA"), the Women's Health and Cancer Rights Act, the Newborns and Mothers Health Protection Act, certificates of creditable prescription drug coverage, and Massachusetts Health Care Reform Act notices.

d.      Fund shall adjudicate Claims with a Claim Incurred Date indicated in Section 1 of Schedule A, including investigating and reviewing such Claims to determine what amount, if any, is due and payable in accordance with the terms and conditions of the SPD and this Agreement.  In adjudicating Claims, Fund shall have complete authority and responsibility for all benefit determinations and, except as delegated to

Anthem pursuant to Article 2(j), Fund shall utilize its medical policy, utilization management and review policies, quality improvement policies and case management programs, policies and procedures.  Following adjudication by Fund, the final approval or denial (including all applicable deductible and co-payment information and all limitations as outlined in the SPD) shall be forwarded by Fund to Anthem, in a HIPAA compliant format.  Fund shall furnish explanations of benefits to Members and shall comply with any state or federal law that governs notices to Members when claims are denied.  Fund shall perform the processing and resolution of all appeals by Members.

e.  Fund shall perform all Member customer service, education and correspondence, including, but not limited to, responding to all inquiries by Members regarding Claims for benefits under the Plan.

f.  Fund shall prepare and distribute SPDs, summary annual reports, and all notices or summaries of changes or material modifications to the Plan.  Fund shall furnish Anthem with copies of any changes and amendments to the SPD at least 60 days prior to the effective date of such change or amendment.

g.  This provision is intentionally omitted.

h.  Fund shall give notice to Anthem of the expected occurrence of any of the following events (including a description of the event), with such notice to be given at least 30 days prior to the effective date of the event, unless such advance notice is prohibited by law or contract in which case, notice will be provided as soon as practicable:

    1.  Change of Fund's name;

    2.  Any bankruptcy, receivership, insolvency or inability of Fund to pay its debts as they become due.

i.  Fund agrees to provide to Anthem the technical support necessary to assist in the implementation and maintenance required to support the terms of this Agreement.  Such technical support shall be provided by Fund on an ongoing basis to ensure that technical contract compliance is consistent between Fund and Anthem.  Without limiting the generality of the forgoing or Article 2(a), Fund shall utilize communication equipment, software, claims processing systems, and other systems that are able to coordinate with Anthem's systems, based on the formats, specifications and protocols established by Anthem from time to time.

j.  Fund agrees to be bound by the standards of performance described in Schedule B for all Claims processed under the terms of this Agreement and comply with any Inter-Plan Program processing rules imposed by the BCBSA, as they may be amended from time to time.  Anthem shall provide Fund with timely notification of any Inter-Plan Program modifications that impact Fund's processing of Claims.  If BCBSA modifies any Claim processing requirement described on Schedule B, Anthem reserves the right to unilaterally amend Schedule B, upon 30 days advance written notice.

k.  Fund shall comply with and satisfy all state and federal laws and regulations applicable to its obligations under this Agreement, including, but not limited to, the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and its implementing regulations.

l.  If Fund subcontracts its Claim processing or Claim payment obligations under this Agreement or changes the subcontractor previously agreed to by Anthem, Fund shall give Anthem at least 60 days advance written notice.  Anthem shall have the right to terminate this Agreement upon 30 days written notice if it does not consent to the subcontracting or change in subcontractors.  Anthem will only consent to one change in subcontractors in a twelve month period.  Subcontractors shall sign a confidentiality agreement prior to Anthem sharing any Plan information with the subcontractor.  Fund shall remain responsible for fulfilling its obligations under this Agreement.  Claims runout for the prior subcontractor shall be processed as described in Section 7 of this Agreement.

m.  Fund shall disburse to Members any payments that Fund determines to be Covered Services if such Covered Services are payable directly to a Member.

Enterprise Administrative Services Agreement – JAA      6
Master Template    International Union of Bricklayers and Allied Craftworkers
Revised - 12/22/2015

n.   Select states' laws require health plans to finance health related initiatives through residency-based assessments and/or surcharges added to certain Paid Claims.  After Fund completes any applicable forms, Anthem shall make all assessment and/or surcharge payments on behalf of Fund to the appropriate pools administered by the respective states, based primarily upon Anthem's Paid claims information and Member information provided to Anthem by Fund.  Examples of such assessments and surcharges include but are not limited to, the Massachusetts Health Safety Net Trust Fund, the New York Health Care Reform Act and the Michigan Health Insurance Claims Assessment Act.

o.   Fund is the responsible reporting entity ("RRE") as that term is defined pursuant to Section 111 of the Medicare, Medicaid and SCHIP Extension Act of 2007.  Fund shall comply with all applicable requirements of an RRE.

p.   If indicated in Section 3(B) of Schedule A, Fund shall, at its expense, prepare and issue identification cards to each Subscriber who enrolls in the Plan, unless otherwise agreed upon by Anthem and Fund.  Such identification cards shall be for the administration of Members' health care benefits under the Plan only and shall state that Anthem assumes no financial risk with respect to Claims.  Anthem must approve the form of such identification cards prior to issuance and Fund shall include on such identification cards the information furnished or required by Anthem from time to time, including information necessary in Anthem's discretion to comply with policies and requirements of Anthem and the BCBSA.

q.   Fund is solely responsible for preparing and distributing the Plan's Summary of Benefits and Coverage to Subscribers.

r.   Plan agrees to and shall collect those contributions from Subscribers that are required by Plan for participation in the Plan.  If Plan elects Anthem's stop loss coverage, Fund Plan shall abide by Anthem's participation and contribution guidelines.

## ARTICLE 4 - CLAIMS PAYMENT METHOD

a.   Fund shall pay or fund Paid Claims according to the Claims payment method described in Section 4 of Schedule A.  Fund shall pay or fund such amounts by the Invoice Due Date.  In addition, from time to time, the Parties acknowledge that Fund may request a review of the appropriateness of a Claim payment and, during the review period, Fund shall pay or fund such Claim.

b.   The Parties acknowledge that, from time to time, a Claims adjustment may be necessary as a result of coordination of benefits, subrogation, workers' compensation, other third party recoveries, payment errors and the like, and that the adjustment will take the form of a debit (for an additional amount paid by Anthem) or a credit (for an amount refunded to Fund).  Any adjustment requested by Fund and related to an Inter-Plan Program or non-Network Provider Claim must be submitted to Anthem no later than 24 months from the original Claim processing date.  Any Claim adjustment related to a Claim submitted by a Network Provider shall be limited by Anthem to the lesser of 24 months or the adjustment time period specified in Anthem's contract with that Network Provider.  The Parties agree that such Claims adjustment shall be treated as an adjustment to the Claims payment made in the billing period in which the adjustment occurs, rather than as a retroactive adjustment to the Claim in the billing period in which it was initially reported as paid.  Any Claims credit may be reduced by a fee as indicated in Schedule A of this Agreement.  In addition, a credit shall not be provided to Fund for a recovery related to a Claim that was covered under stop loss coverage provided by Anthem.

## ARTICLE 5 - ADMINISTRATIVE SERVICES FEES

During the term of this Agreement, Fund shall pay Anthem the Administrative Services Fees, described in Section 3 of Schedule A.  Fund shall pay the Administrative Services Fees and other fees authorized under this Agreement by the applicable Invoice Due Date according to the payment method described in Section 5 of Schedule A.

## ARTICLE 6 - TERM AND RENEWAL SCHEDULES

If Anthem offers to renew this Agreement at the end of an Agreement Period, then Anthem shall provide Fund with the terms and conditions of the proposed renewal in writing within the time period provided in Section 1 of Schedule A.  Fund shall notify Anthem in writing of its selection from the renewal options by indicating its selection and signing Anthem's designated renewal form.  If Anthem does not receive a signed acceptance of the renewal from Fund prior to the start of the next Agreement Period, Fund's payment of the amounts set forth in the renewal shall constitute Fund's acceptance of the terms.  Anthem shall provide a revised Schedule A that will become part of this Agreement without the necessity of securing Fund's signature.

## ARTICLE 7 - CLAIMS RUNOUT SERVICES

a.      Claims Run-out Services shall be provided for the period of time provided in Section 6 of Schedule A (the "Claims Run-out Period"), unless termination is due to non-payment pursuant to Article 19(A) of this Agreement.  During the Claims Run-out Period, the terms of this Agreement shall continue to apply. Anthem shall have no obligation to process or pay any Claims or forward Claims to Fund beyond the Claims Run-out Period.  Any amounts recovered beyond the Claims Run-out Period shall be retained by Anthem as reasonable compensation for services under this Agreement.  Anthem shall, however, return any recoveries for which Anthem had received monies, but had not processed the recovery prior to the end of the Claims Run-out Period.  In addition, Fund shall have no obligation to reimburse Anthem for any amounts paid by Anthem due to adjustments to Claims after the end of the Claims Run-out Period.

b.      The Administrative Services Fee for the Claims Run-out Period, if applicable, is provided in Section 6 of Schedule A.  Paid Claims and the Administrative Services Fee shall be invoiced and paid in the same manner as provided in Sections 4 and 5 of Schedule A, unless otherwise provided or agreed to in writing by the Parties.

## ARTICLE 8 - LATE PAYMENT PENALTY

If Fund fails to timely pay or fund any amount due to Anthem under this Agreement, Fund agrees to pay a late payment penalty for each day the payment is late.  The late payment penalty shall be calculated at the rate of ▆▆ simple interest per annum (365 days), and shall be included on a subsequent invoice and payable by the Invoice Due Date.  In addition, Fund agrees to reimburse Anthem for any expenses charged to Anthem by a financial institution, Provider or Vendor due to Fund's failure to maintain sufficient funds in a designated bank account required under this Agreement.  Any acceptance by Anthem of late payments shall not be deemed a waiver of its rights to terminate this Agreement for any future failure of Fund to make timely payments.

## ARTICLE 9 - HEALTH INSURANCE PORTABILITY AND ACCOUNTABLILITY ACT

a.      Anthem's duties and responsibilities in connection with the requirements imposed by the Health Insurance Portability and Accountability Act ("HIPAA") and the privacy and security regulations promulgated thereunder will be set forth in a separate business associate agreement between the Parties.

b.      In the event the Plan submits Claims or eligibility inquiries or any other HIPAA covered transaction as defined in 45 CFR Part 160 and 162 to Anthem through electronic means, the Plan, Fund and Anthem shall comply with all applicable requirements of HIPAA and the Plan, Fund and Anthem shall require any of their respective agents or subcontractors to comply with all applicable requirements of HIPAA.

## ARTICLE 10 - PROPRIETARY AND CONFIDENTIAL INFORMATION

a.      Each Party retains ownership of its Proprietary Information and Confidential Information (collectively "Information") and neither conveys ownership rights in its Information nor acquires ownership rights in the other Party's Information by entering into this Agreement or performing its obligations hereunder.  Nothing in this Agreement shall impair or limit a Party's right to use and disclose its Information for its own lawful business purposes.

b.      Each Party shall maintain the other Party's Information in strict confidence, and shall institute commercially reasonable safeguards to protect it.

c.  Fund shall use and disclose Anthem's Information solely for the purpose of administering the Plan.  Fund shall not without Anthem's advance written consent, (1) use or disclose Anthem's Information, or reports or summaries thereof, for any purpose, other than administering the Plan; (2) combine Anthem's Information with other data to create or add to an aggregate database that will or could be made available to any third party; (3) combine Anthem's Information provided for a particular purpose with Anthem's Information provided for another purpose; or, (4) sell or disclose Anthem's Information to any other person or entity except as expressly permitted by this Article 10.

d.  Fund may disclose the minimum amount of Anthem's Information necessary to Fund's stop loss carriers, consultants, auditors and Plan auditors, and other third parties engaged by Fund (each a "Plan Contractor"), provided that: (1) each such third party needs to know such information in order to provide services to Fund; (2) the restrictions contained in Article 10(c) shall apply to each such third party as well as to Fund; and (3) prior to such disclosure, each such third party shall enter into a confidentiality agreement (or an appropriate amendment to an existing one, as applicable) with Anthem with respect to the planned disclosure.

e.  Upon termination of this Agreement, each Party shall return or destroy the other Party's Information or retain the Information in accordance with its reasonable record retention policies and procedures; provided, however that each Party shall continue to comply with the provisions of this Article 10 for as long as it retains the other Party's Information.

f.  This Agreement shall not be construed to restrict the use or disclosure of information that: (1) is public knowledge other than as a result of a breach of this Agreement; (2) is independently developed by a Party not in violation of this Agreement; (3) is made available to a Party by any person other than the other Party, provided the source of such information is not subject to any confidentiality obligations with respect to it; or, (4) is required to be disclosed pursuant to law, order, regulation or judicial or administrative process, but only to the extent of such required disclosures and after reasonable notice to the other Party.

### ARTICLE 11 - DATA REPORTS

a.  Upon Fund's request and only as permitted by the business associate agreement entered into between the Parties, Anthem will provide Anthem's standard account reporting package.  Prior to Anthem providing data or reports to Fund, the Parties must mutually agree to the types, format, content and purpose of the reports requested.  If Fund requests from Anthem information that is not part of Anthem's standard account reporting package, and such request is approved by Anthem, Fund agrees to pay a mutually agreed upon charge to Anthem for such additional reports.

b.  If Fund requests Anthem to provide a data extract or report to any Plan Contractor for use on Fund's behalf and Anthem agrees to do so: (i) to the extent such extract or report includes protected health information ("PHI") as defined in HIPAA, Anthem's disclosure of the PHI and Plan Contractor's subsequent obligations with respect to the protection, use, and disclosure of the PHI will be governed by Fund's applicable business associate agreements with Anthem and the Plan Contractor; and (ii) to the extent such data or report includes Anthem's Proprietary Information and/or Anthem's Confidential Information, Fund acknowledges and agrees that Plan Contractor shall be subject to the restrictions set forth in Article 10 of this Agreement and shall enter into a confidentiality agreement with Anthem (or amend an existing one, as applicable) prior to Anthem's release of the extract or report.

c.  Fund agrees not to contact, or to engage or permit a Plan Contractor to contact on Fund's behalf, any Provider concerning the information in any reports or data extracts provided by Anthem unless the contact is coordinated by Anthem.

d.  In addition to their unlimited rights to use Anthem's Proprietary Information and Confidential Information, Anthem and Anthem Affiliates shall also have the right to use and disclose other Claim-related data collected in the performance of services under this Agreement or any other agreement between the Parties, so long as: (1) the data is de-identified in a manner consistent with the requirements of HIPAA; or (2) the data is used or disclosed for research, health oversight activities, or other purposes permitted by law; or (3) a Member has consented to the release of his or her individually identifiable data.  The data used or disclosed shall be used for a variety of lawful purposes including, but not limited to, research, monitoring, benchmarking and analysis of industry and health care trends.  Anthem may receive remuneration for the data only if permitted by HIPAA.

**ARTICLE 12 - CLAIMS AUDIT**

a.   At Fund's expense, Fund shall have the right to audit the pricing of Claims on Anthem's premises, during regular business hours and in accordance with Anthem's audit policy, which may be revised from time to time.  A copy of the audit policy shall be made available to Fund upon request.

b.   If Fund elects to utilize a third-party auditor to conduct an audit pursuant to this Agreement and Anthem's audit policy, such auditor must be mutually acceptable to Fund and Anthem.  Anthem will only approve auditors that are independent and objective and will not approve auditors paid on a contingency fee or other similar basis.  Anthem reserves the right to charge a fee to Fund for expenditure of time by Anthem's employees in completing any audit.  An auditor or consultant must execute a confidentiality and indemnification agreement with Anthem pertaining to Anthem's Proprietary and Confidential Information prior to conducting an audit.

c.   Fund may conduct an audit once each calendar year and the audit may only relate to Claims processed during the current year or immediately preceding calendar year (the "Audit Period") and neither Fund nor anyone acting on Fund's or the Plan's behalf, shall have a right to audit Claims processed prior to the Audit Period.  The scope of the audit shall be agreed to in writing by the Parties prior to the commencement of the audit.

d.   Fund shall provide to Anthem copies of all drafts, interim and/or final audit reports at such time as they are made available by the auditor or consultants to Fund.  Any errors identified and/or amounts identified as owed to Fund as the result of the audit shall be subject to Anthem's review and approval prior to initiating any recoveries of Paid Claims pursuant to Article 13 of this Agreement.  Anthem reserves the right to terminate any audit being performed by or for Fund if Anthem determines that the confidentiality of its information is not properly being maintained or if Anthem determines that Fund or auditor is not following Anthem audit policy.

e.   An audit performed pursuant to this Agreement shall be the final audit for the Audit Period and for any prior Audit Period unless otherwise agreed to in writing by the Parties; however, Claims may be re-audited if Fund is required to conduct the audit by a government agency with which it has a contractual arrangement.

**ARTICLE 13 - RECOVERY SERVICES**

a.   Pursuant to the provisions of this Article 13(a), Anthem shall review Paid Claims processed under this Agreement (including during any Claims Runout Period) to determine whether such claims have been paid accurately and identify recoveries that can be pursued. Fund will receive the entire amount of any recovery obtained on its behalf. In performing these recovery services, Anthem shall not be obligated to retain outside counsel or other third parties if Anthem's recovery efforts are not successful. The cost of these services provided by Anthem for recovery efforts under this Article 13(a) is included in Anthem's Administrative Services Fee, as set forth in Section 3(A) ("Base Administrative Services Fee") of Schedule A.

b.   Anthem may become aware of additional recovery opportunities by means other than reviewing Paid Claims processed under this Agreement. Fund grants Anthem the authority and discretion in those instances to do the following: (1) determine and take steps reasonably necessary and cost-effective to effect recovery; (2) select and retain outside counsel; (3) reduce any recovery obtained on behalf of the Plan by its proportionate share of the outside counsel fees and costs incurred during litigation or settlement activities to obtain such recovery; and (4) negotiate and effect any settlement of the Fund's and Plan's rights by, among other things, executing a release waiving the Fund's and Plan's rights to take any action inconsistent with the settlement.

c.   During the term of this Agreement and any applicable Claims Run-out period, Anthem may pursue payments to Members by any other person, insurance company or other entity on account of any action, claim, request, demand, settlement, judgment, liability or expense that is related to a Claim for Covered Services ("Subrogation Services").  Anthem shall charge Fund a fee provided in Schedule A to this Agreement ("Subrogation Fee").  Any subrogation recoveries shall be net of the Subrogation Fee.  Subrogation Fees will not be assessed on subrogation recoveries until they are received by Anthem and credited to Fund.

b.  In the event any action of any department, branch or bureau of the federal, state or local government is initiated or taken ("Action") against a Party to this Agreement and such Action materially and adversely affects that Party's performance of the obligations under this Agreement, the affected Party shall notify the other Party of the nature of the Action and provide copies of pertinent documents supporting the reason(s) for the Action.  If a modification to the Agreement is needed as a result of the Action, the Parties shall meet within 30 days of the notice by  the affected Party to the other Party and shall, in good faith, attempt to negotiate a modification to this Agreement that minimizes or eliminates the impact of the Action.  If the Parties are unable to minimize or eliminate the impact of the Action, then either Party may terminate this Agreement by giving at least 90 days notice of termination.  This Agreement may be terminated sooner if agreed to by the Parties or required by the government entity initiating or taking the Action.

c.  No modification or change in any provision of this Agreement, shall be effective unless and until approved in writing by an authorized representative of Anthem and evidenced by an amendment or new Schedule attached to this Agreement. If Anthem proposes such a modification or change, Anthem shall provide written notice to Fund at least thirty (30) days prior to the effective date of such change.  The modification or change will be deemed accepted by Fund unless Anthem receives written notice from Fund prior to the effective date that such change is unacceptable.  If Fund does not accept the proposed change, the Parties will meet and confer to reach agreement prior to implementation of such change.

## ARTICLE 19 - TERMINATION AND/OR SUSPENSION OF PERFORMANCE

a.  Notwithstanding any other provision of this Article, this Agreement automatically terminates, without further notice or action, if Fund fails to pay or fund any amount due under this Agreement within 7 days of the date of Anthem's notice to Fund of a delinquent amount owed.  Such termination shall be effective as of the last period for which full payment was made.  In addition, this Agreement automatically terminates, without further notice or action, at the end of each Agreement Period unless Anthem offers to renew this Agreement and Fund accepts such offer of renewal pursuant to Article 6 of this Agreement.  Upon termination of this Agreement, Fund shall remain liable for all payments due to Anthem under the terms of this Agreement.  Notwithstanding the above, Anthem has the right to suspend performance of its obligations under this Agreement if full payment is not made by the Invoice Due Date.  Anthem shall have no obligation to pay any Claims under the Agreement until all required payments have been paid in full.

b.  If either Party fails to comply with any material duties and obligations under this Agreement other than payment of amounts due under this Agreement, the other Party shall have the right to: (1) terminate this Agreement by giving the non-compliant Party at least 60 days prior written notice of termination; or (2) upon written notice to the other Party, suspend performance of its obligations under this Agreement.  Fund acknowledges and agrees that in the event it is the non-compliant Party, Anthem shall have no liability to any Member.  Either Party, at its option, may allow the non-compliant Party to cure a breach of this Agreement and, upon acceptance in writing by that Party that a breach is cured, this Agreement may be reinstated retroactive to the date of the breach or suspension of performance.  Notwithstanding any other provision of this Agreement, a Party may seek injunctive or other equitable relief from a court of competent jurisdiction should there be any unauthorized use or disclosure of Proprietary Information or Confidential Information by the other Party.

c.  If there shall occur any change in the condition (financial or otherwise) of Fund that, in the reasonable opinion of Anthem, has a material adverse effect upon the validity, performance, or enforceability of this Agreement, on the financial condition or business operation of Fund, or on the ability of Fund to fulfill its obligations under this Agreement, then Anthem shall have the right to require Fund to provide adequate assurance of future performance, which may include a payment of a cash deposit, letter of credit, or other method of assurance acceptable to Anthem.  Examples of such a change could include, but would not be limited to the actual, or Anthem's reasonable anticipation of: (1) any voluntary or involuntary case or proceedings under bankruptcy law with respect to Fund; (2) any receivership, liquidation, dissolution, reorganization or other similar case or proceeding with respect to Fund; (3) any appointment of a receiver, trustee, custodian, assignee, conservator or similar entity or official for Fund; or (4) any assignment for the benefit of creditors or sale of all or substantially all of Fund's assets.

Any deposit amount shall be paid to Anthem within 30 days of the request or in such shorter time as agreed to by the Parties.  The deposit amount shall not be paid with Plan assets, shall not be funded in any part by Member contributions, and shall not be paid from any segregated fund or from funds in which the Plan or any Member has a beneficial interest. The deposit amount shall be the property of Anthem, may be held in

Anthem's general account, may be subject to satisfy the claims of Anthem's general creditors, and does not govern or limit the benefits available under the terms of the Plan.  At the termination of this Agreement and designated Claims Run-out Period, if any, the deposit amount, net of any outstanding fees or Claims amounts payable to Anthem, shall be returned to Fund.  Any deposit amount returned to Fund under this Article 19(c) shall not include interest.  Neither Fund, the Plan, nor any Member shall have any beneficial or legal ownership interest in any deposit amount paid pursuant to this Section.

If such further assurance is required by Anthem, Anthem may, at any time after the date of notice to Fund of such requirement, suspend performance of its obligations under this Agreement until the date of receipt by Anthem of such adequate assurance without being liable to Fund, Plan or any Member for such suspension.  If such adequate assurance is not received within 30 days of the request, Anthem may terminate this Agreement.

d.     Fund may terminate this Agreement at any time other than at the end of an Agreement Period by giving Anthem 30 days written notice of its intent to terminate.

e.     In connection with the termination of this Agreement and upon Fund's request, Anthem shall provide reports that are part of Anthem's standard account reporting package at no extra charge.  However Anthem shall have no obligation to provide the reports after the termination date of this Agreement if such termination is due to non-payment pursuant to Article 19(a) of this Agreement.  Upon Fund's request, Anthem shall also provide data extract files to Fund for an additional fee mutually agreed to by the Parties.  In no event shall Anthem be obligated to produce more than two sets of reports following the termination date of this Agreement.

## ARTICLE 20 - LIMITATION ON ACTIONS AND GOVERNING LAW

a.     No action by either Party alleging a breach of this Agreement may be commenced after the expiration of 3 years from the date on which the claim arose.

b.     Except to the extent preempted by ERISA or any other applicable provisions of federal law, this Agreement shall be governed by, and shall be construed in accordance with the laws of Connecticut but without giving effect to that state's rules governing conflict of laws.

## ARTICLE 21 - NO WAIVER

No failure or delay by either Party to exercise any right or to enforce any obligation herein, and, no course of dealing between Fund and Anthem, shall operate as a waiver of such right or obligation or be construed as or constitute a waiver of the right to enforce or insist upon compliance with such right or obligation in the future.  Any single or partial exercise of any right or failure to enforce any obligation shall not preclude any other or further exercise, or the right to exercise any other right or enforce any other obligation.

## ARTICLE 22 - ASSIGNMENT AND SUBCONTRACTING

a.     Unless it has first obtained the written consent of an officer of the other Party, neither Party may assign this Agreement to any other person.  Notwithstanding the foregoing, Anthem may, with advance written notice to Fund, assign or otherwise transfer its rights and obligations hereunder, in whole or in part, to:  (i) any affiliate of Anthem; or (ii) any entity surviving a transaction involving the merger, acquisition, consolidation, or reorganization of Anthem, or in which all or substantially all of Anthem's assets are sold.  Additionally, Fund may, with advance written notice to Anthem, assign, delegate, or otherwise transfer its rights and obligations hereunder, in whole, to any entity surviving a transaction involving the merger, acquisition, consolidation or reorganization of Fund, or in which all or substantially all of Fund's assets are sold, provided that such assignee presents, in Anthem's opinion, an equivalent or better financial status and credit risk.  Either Party is required to provide advance written notice under this provision only to the extent permissible under applicable law and the reasonable terms of the agreement(s) governing such merger, acquisition, consolidation, reorganization, or asset sale.  If advance written notice is not allowed, notice shall be provided as soon as practicable.  Upon receipt of notice of an assignment of this Agreement, the other Party may terminate this Agreement by providing the assigning Party with 30 days advance written notice of termination.  Any assignee of rights or benefits under this Agreement shall be subject to all of the terms and provisions of this Agreement.

**SCHEDULE A
TO
ADMINISTRATIVE SERVICES AGREEMENT
FOR JOINTLY ADMINISTERED ARRANGEMENTS
WITH
INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS**

This Schedule A shall govern the Agreement Period from January 1, 2016 through December 31, 2016.  For purposes of this Agreement Period, this Schedule shall supplement and amend the Agreement between the Parties.  If there are any inconsistencies between the terms of the Agreement including any prior Schedule A, and this Schedule A, the terms of this Schedule A shall control.

**Section 1.        Effective Date and Renewal Notice**

This Agreement Period shall be from 12:01 a.m. January 1, 2016 to the end of the day of December 31, 2016.

Paid Claims shall be processed pursuant to the terms of this Agreement when incurred and paid as follows:

Incurred from January 1, 2011 through December 31, 2016 and
Paid from January 1, 2016 through December 31, 2016.

Anthem shall provide any offer to renew this Agreement at least 60 days prior to the end of an Agreement Period.

**Section 2.        Broker or Consultant Base Compensation**

Broker or Consultant Fee is ▮▮▮ per Subscriber per month and is included in the Base Administrative Services Fees described in Section 3 of this Schedule A.  Upon receipt of payment from Fund, Anthem shall remit payment to the broker or consultant designated by Fund.

**Section 3.        Fees**

**A.        Base Administrative Services Fee**

PPO

▮▮▮▮ Per Subscriber per Month

Dental Network Access Fee

▮▮▮ Per Subscriber per Month

The fees described above are not based on a minimum enrollment of Subscribers.

**Article 3(a) Administrative Services Fee Credit.**

Anthem will not credit Fund Administrative Services Fees that relate to retroactive deletions and conversely, Anthem will not charge, and Fund shall not pay, Administrative Services Fees that relate to retroactive additions to enrollment.

Enterprise Administrative Services Agreement – JAA
Master Template     International Union of Bricklayers and Allied Craftworkers
Revised - 12/22/2015

19

**B.** **Other Services and Fees**
**Health & Wellness Fees**

ID Card Production:

 Fund Prepares

Article 2 Health &Wellness Programs Services:

Not Applicable

Article 2 Managed Care Services (Utilization Review, Case Management):

 Not Applicable

Appeals

Not performed by Anthem

Subrogation

Not performed by Anthem

Fee for Provider Audit Performed by External Vendors.  Not Applicable.

Fee for Overpayment Identification Provided by External Vendors.  Not Applicable.

Fee for Collection Services Provided by External Vendors.  Not Applicable.

**Section 4.** **Claims Billing Cycle and Payment Method**

**A.** **Billing Cycle**

Weekly

Anthem shall notify Fund of the amount due to Anthem as a result of Claims processed and paid by Anthem according to the billing cycle described above.  The actual date of notification of Paid Claims and the Invoice Due Date will be determined according to Anthem's regular business practices and systems capabilities.

**B.** **Payment Method**

ACH Demand Debit Reimbursement for Paid Claims  Anthem will initiate an ACH demand debit transaction that will withdraw the amount due from a designated Fund bank account no later than the next business day following the Invoice Due Date, however, if the Invoice Due Date falls on either a banking holiday, a Saturday or a Sunday, the withdrawal shall be made on the following banking day.

**Section 5.** **Administrative Services Fee Billing Cycle and Payment Method**

**A.** **Billing Cycle**

Monthly List Bill (pay as billed)

**AMENDMENT 1 TO**
**ADMINISTRATIVE SERVICES AGREEMENT**
**FOR JOINTLY ADMINISTERED ARRANGEMENTS**
**WITH**
**International Union of Bricklayers and Allied Craftworkers "FUND"**

This Amendment is made part of the Administrative Services Agreement for Jointly Administered Arrangements (Agreement) and is effective January 1, 2017.  This Amendment supplements and amends the Agreement between Fund and Anthem Health Plans, Inc. dba Anthem Blue Cross and Blue Shield.  If there any inconsistencies between the terms of the Agreement or its Schedules and this Amendment, the terms of this Amendment shall govern.

1.      The following provision replaces ARTICLE 2 – Administrative Services Provided by Anthem – provision 2(g) in its entirety:

Unless otherwise agreed to by the Parties and specified in the Agreement, Anthem's standard policies and procedures, as well as Provider contracts, as they may be amended from time to time, will be used in the provision of services specified in this Agreement.  In the event of any conflict between this Agreement and any of Anthem's policies and procedures, this Agreement will govern.

2.      The following provision replaces ARTICLE 2 – Administrative Services Provided by Anthem – provision 2(h) in its entirety:

Anthem shall have the authority in its sole discretion, to build and maintain its Provider network on its own behalf.  In building and maintaining its Provider network, Anthem is not acting on behalf of or as an agent for any Fund plan sponsor or member.  TPA and Fund  are only entitled to receive a discount on a Claim from a Provider to the extent that Anthem can administer and receive a discount for that service for its other self-funded and fully insured business.  Anthem will utilize its standard processes and procedures when processing Claims submitted by Providers, including, but not limited to, those involving the timely filing of Claims and Claim code editing and bundling.  Nothing in this Agreement shall be interpreted to require Anthem to maintain negotiated fees or reimbursement arrangements or other relationships with certain Providers or Vendors or to negotiate on behalf of or for the benefit of Fund or Fund's Members. Anthem will be solely responsible for acting as a liaison with Providers including, but not limited to, responding to Provider inquiries, negotiating contract language and negotiating rates with Providers or auditing Providers and Fund agrees that it will be subject to the terms and conditions of these agreements.

3.      The following sentence replaces the introductory sentence in ARTICLE 2(k) in its entirety:

If applicable to the Plan benefits and as indicated in Section 3(B) of Schedule A of this Agreement, Anthem may provide or arrange for the provision of the following managed care services, utilizing Anthem's medical policies and Provider contract requirements.

4.      The attached Inter-Plan Arrangements Schedule replaces Article 15 – Inter-Plan Programs in its entirety.

5.      All references to Inter-Plan Programs are replaced by Inter-Plan Arrangements.  The Value-Based Programs Amendment is deleted in its entirety.

6.      The following provision replaces ARTICLE 27 – Miscellaneous – provision (d) in its entirety:

Anthem or an Anthem Affiliate may enter into business arrangements with certain Network Providers and Anthem may have financial interest in such Network Providers through direct ownership, partnership, joint venture or other arrangements.  The business arrangements may provide practice management or other services to Network Providers that are designed to promote a more effective and cost-efficient health care delivery system that emphasizes continuous improvement and increased patient access to high quality, cost-effective health care.  Because of its ownership or financial interests in Network Providers, Anthem may share in the Network Provider's profits or other revenue.  Any revenue received by Anthem in connection with these business arrangements shall be retained by Anthem.

7.      Schedule A is replaced by attached Schedule A.

**AMENDMENT 5 TO THE**
**ADMINISTRATIVE SERVICES AGREEMENT**
**FOR JOINTLY ADMINISTERED ARRANGEMENTS**
**WITH**
**INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS**

This Amendment is made part of the Administrative Services Agreement for Jointly Administered Arrangements and is effective January 1, 2021.  This Amendment supplements and amends the Agreement between Fund and Anthem Health Plans, Inc. dba Anthem Blue Cross and Blue Shield dba Anthem.  If there are any inconsistencies between the terms of the Agreement or its Schedules and this Amendment, the terms of this Amendment shall control.

1.  SCHEDULE A is replaced by the attached SCHEDULE A.

2.  SCHEDULE B is replaced by the attached SCHEDULE B.

3.  SCHEDULE C is replaced by the attached SCHEDULE C.

IN WITNESS WHEREOF, Anthem has caused this Amendment to be executed by affixing the signature of its duly authorized officer.

Anthem Health Plans, Inc. dba Anthem Blue Cross and Blue Shield

By:     Martin Lutzeier
Title:  VP Labor & Trust Sales
Date:   6/17/2022

**SCHEDULE A**
**TO THE**
**ADMINISTRATIVE SERVICES AGREEMENT**
**FOR JOINTLY ADMINISTERED ARRANGEMENTS**
**WITH**
**INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS**

This Schedule A shall govern the Agreement Period from January 1, 2021 through December 31, 2021.  For purposes of this Agreement Period, this Schedule shall supplement and amend the Agreement between the Parties.  If there are any inconsistencies between the terms of the Agreement including any prior Schedule A, and this Schedule A, the terms of this Schedule A shall control.

**Section 1.**          **Effective Date and Renewal Notice**

This Agreement Period shall be from 12:01 a.m. January 1, 2021 to the end of the day of December 31, 2021.

Paid Claims shall be processed pursuant to the terms of this Agreement when paid as follows:

Paid from 01/01/2021 through 12/31/2021.

Anthem shall provide any offer to renew this Agreement at least 30 days prior to the end of an Agreement Period.

**Section 2.**          **Broker or Consultant Base Compensation**

Broker or Consultant Fee is ▇▇▇ per Subscriber per month and is included in the Base Administrative Services Fees described in Section 3 of this Schedule A.  Upon receipt of payment from Fund, Anthem shall remit payment to the broker or consultant designated by Fund.

**Section 3.**          **Administrative Services Fee**

**A.   Base Administrative Services Fee**

Dental Network Access Fee
2021                ▇▇▇ PSPM (Per Subscriber Per Month)

PPO
2021                ▇▇▇ PSPM (Per Subscriber Per Month)

Change to Fees. In accordance with or in addition to the provisions in Article 18(a), Anthem reserves the right to change the Fees provided in this Section 3 of Schedule A during the Agreement Period based upon the occurrence of any of the following events:

- The number of Members or Subscribers changes by ▇▇▇

- A change in law or regulation that materially impacts underwriting assumptions made at the time of the offer or renewal.

Article 3(a) Retroactivity.

Notwithstanding anything to the contrary in the Agreement, Anthem reserves the right to limit the effective date of retroactive enrollment to a date not earlier than (60) days prior to the date the notice is received and Anthem reserves the right to limit retroactive terminations to a maximum of (60) days prior to the date the notice is received. Anthem reserves the right to not process Claims for retroactive additions beyond (60) days and to not pursue recovery of Claims for retroactive terminations beyond (60) days.  Additionally, Anthem is not required to initiate recovery services if the Provider agreement or any law or regulation precludes recovery.

**Section 4.**       **Paid Claims, Billing Cycle and Payment Method**

   **A.**   **Billing Cycle**

   Weekly

   Anthem shall notify Fund of the amount due to Anthem as a result of Claims processed and paid by Anthem according to the billing cycle described above.  The actual date of notification of Paid Claims and the Invoice Due Date will be determined according to Anthem's regular business practices and systems capabilities.

   **B.**   **Payment Method**

   ACH or Wire Transfer Reimbursement for Paid Claims.  Fund shall deposit the amount due in a designated Anthem bank account by the Invoice Due Date.  The deposit shall be made in accordance with any policies and regulations of the bank necessary to assure that the deposit is credited to Anthem's account no later than the next business day.

**Section 5.**       **Administrative Services Fees Billing Cycle and Payment Method**

   **A.**   **Billing Cycle**

   Self-Bill.  The Invoice Due Date is the 25 day of each month and funds are due on that day.

   **B.**   **Payment Method**

   ACH or Wire Transfer Reimbursement.   Fund shall deposit the amount due in a designated Anthem bank account by the Invoice Due Date.  The deposit shall be made in accordance with any policies and regulations of the bank necessary to assure that the deposit is credited to Anthem's account no later than the next business day.

**Section 6.**       **Claims Runout Services**

   **A.**   **Claims Runout Period**

   Claims Runout Period shall be for the 12 months following the date of termination of this Agreement.

   **B.**   **Claims Runout Administrative Services Fee**

   The fee for Claims Runout Services will be equal to the product of the following calculation:  (the Base Administrative Services Fees in effect at the time of termination of this Agreement multiplied by the current Subscriber enrollment census for the last month that Fund is effective prior to the termination date) multiplied by 3.  Fees in Section 3(B) of this Schedule A that (i) are associated with Claims processed or reviewed during the Claims Runout Period including without limitation subrogation fees, recovery fees, discount share fees, network access fees; or (ii) apply to the Agreement Period but were not billed during the Agreement Period, will be billed and payable during the Claims Runout Period.  Payment is due to Anthem by the Invoice Due Date.

**AMENDMENT 7 TO THE**
**ADMINISTRATIVE SERVICES AGREEMENT**
**FOR JOINTLY ADMINISTERED ARRANGEMENTS**
**WITH**
**INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS**

This Amendment is made part of the Administrative Services Agreement for Jointly Administered Arrangements and is effective April 1, 2022.  This Amendment supplements and amends the Agreement between Fund and Anthem Health Plans, Inc. dba Anthem Blue Cross and Blue Shield dba Anthem.  If there are any inconsistencies between the terms of the Agreement or its Schedules and this Amendment, the terms of this Amendment shall control.

1. The following provision replaces ARTICLE 1 - Definitions - Paid Claim - provision 4:

   <u>Claims Payment Pursuant to any Judgment, Settlement, Legal or Administrative Proceeding</u>.  Paid Claims shall include any Claim amount paid as the result of a settlement, judgment, or legal, regulatory or administrative proceeding brought against the Plan and/or Anthem, or otherwise agreed to by Anthem, with respect to the decisions made by Anthem regarding the coverage of or amounts paid for services under the terms of the Plan.  Paid Claims also includes any amount paid as a result of dispute resolution procedures. Any Claims paid pursuant to this provision will count towards any stop loss accumulators under a stop loss agreement with Anthem.

2. The following provision is added to ARTICLE 2 - Administrative Services Provided by Anthem - as provision 2(o):

   o. Anthem shall assist Fund or its designee with compliance with the following requirements under federal law as of the applicable effective date:

      1. Include qualified payment amounts when transmitting surprise billing Claims under the Agreement to enable Fund to calculate Member cost sharing.

      2. Notify Fund or its designee in the event of Provider termination from the network for continuity of care administration.

      3. This provision is intentionally omitted.

      4. Provide reasonable assistance to Fund or its designee in generating advance explanation of benefits upon Provider request. Fund or its designee shall be responsible for sending the advance explanation of benefits to the Member, but must transmit information back to Anthem.

      5. Administration of independent dispute resolution process for non-Network Provider Claims (including non-network air ambulance Provider Claims) ("IDR Process") as set forth under the Consolidated Appropriations Act as follows:

         a. For services in the Anthem Service Area:

            i. When Anthem pricing is used, Anthem will administer the IDR Process.

            ii. When Anthem pricing is not used, Fund is responsible for the IDR Process and, notwithstanding anything to the contrary in the Agreement, Anthem authorizes Fund or its designee to contact Providers directly for purposes of the IDR Process.

**SCHEDULE A**
**TO THE**
**ADMINISTRATIVE SERVICES AGREEMENT**
**FOR JOINTLY ADMINISTERED ARRANGEMENTS**
**WITH**
**INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS**

This Schedule A shall govern the Agreement Period from April 1, 2022 through December 31, 2022.  For purposes of this Agreement Period, this Schedule shall supplement and amend the Agreement between the Parties.  If there are any inconsistencies between the terms of the Agreement including any prior Schedule A, and this Schedule A, the terms of this Schedule A shall control.

**Section 1.** <u>**Effective Date and Renewal Notice**</u>

This Agreement Period shall be from 12:01 a.m. April 1, 2022 to the end of the day of December 31, 2022.

Paid Claims shall be processed pursuant to the terms of this Agreement when paid as follows:

Paid from 04/01/2022 through 12/31/2022.

Anthem shall provide any offer to renew this Agreement at least 30 days prior to the end of an Agreement Period.

**Section 2.** <u>**Broker or Consultant Base Compensation**</u>

Not Applicable

**Section 3.** <u>**Administrative Services Fee**</u>

**A.** <u>**Base Administrative Services Fee**</u>

<u>Dental Network Access Fee</u>
2022          ███████ PSPM (Per Subscriber Per Month)

<u>PPO</u>
2022          ███████ PSPM (Per Subscriber Per Month)

<u>Less Admin fee Credit</u>
2022          ███████ PSPM (Per Subscriber Per Month)

<u>Change to Fees</u>. In accordance with or in addition to the provisions in Article 18(a), Anthem reserves the right to change the Fees provided in this Section 3 of Schedule A during the Agreement Period based upon the occurrence of any of the following events:

- A change in law or regulation that materially impacts underwriting assumptions made at the time of the offer or renewal.

Amendment International Union of Bricklayers and Allied Craftworkers dated April 1, 2022

Subrogation

Performed by Anthem

Fee for Subrogation Services.  If Anthem is providing the service, the charge to Fund is ███ of gross subrogation recovery, or, if outside counsel is retained, ███ of the net recovery after a deduction for outside counsel fees.

Fee for Provider Audit Performed by External Vendors.  The charge to Fund is ███ of the amount recovered from Vendor audits of Provider activity, including but not limited to credit balance, hospital bill audits, DRG readmissions and high-cost drug audits.

Medical Drug Rebates.  Anthem shall retain ███ of the rebates it receives directly from pharmaceutical manufacturers for Claims for Prescription Drugs administered by Anthem and covered under the medical benefit portion of the Plan(s) ("Medical Drug Rebates").

Unidentified Recoveries.  Anthem shall retain any funds received through recovery processes that are paid to Anthem and, following good faith and reasonable efforts, cannot be tied to a specific Fund or Member.

Enhanced Personal Health Care Fee. A fee shall be charged for Anthem's oversight of Enhanced Personal Health Care with Providers or Vendors. Such fee shall be ███ of the per attributed Member per month amount charged to Fund for the Provider performance bonus portion of the Enhanced Personal Health Care program. These charges are included in Paid Claims on the invoice and may accumulate towards any stop loss policy amounts.

**Section 4.**     **Paid Claims, Billing Cycle and Payment Method**

**A.**   **Billing Cycle**

Weekly

Anthem shall notify Fund of the amount due to Anthem as a result of Claims processed and paid by Anthem according to the billing cycle described above.  The actual date of notification of Paid Claims and the Invoice Due Date will be determined according to Anthem's regular business practices and systems capabilities.

**B.**   **Payment Method**

ACH Demand Debit Reimbursement for Paid Claims.  Anthem will initiate an ACH demand debit transaction that will withdraw the amount due from a designated Fund bank account no later than the next business day following the Invoice Due Date, however, if the Invoice Due Date falls on either a banking holiday, a Saturday or a Sunday, the withdrawal shall be made on the following banking day.