Civil- (Dec-2008)

HONORABLE: Vanessa L. Bryant
DEPUTY CLERK: J. Shafer
RPTR/ECRO/TAPE: A. Gaskins, ECRO
TOTAL TIME: ___ hours  6  minutes
DATE: 5-2-2023   START TIME: 9:36 am   END TIME: 9:42 am
LUNCH RECESS   FROM: ____   TO: ____
RECESS (if more than ½ hr)   FROM: ____   TO: ____

CIVIL NO. 3:22-cv-1541-VLB

Trustees of the International Union of Bricklayers and Allied Craftworkers Local 1 Connecticut Health Fund et al
vs
Elevance, Inc. et al

Plaintiff's Counsel: G. Adler, K. Handorf, & J. Selesnick

Defendant's Counsel: B. Black & M. Geelan

## COURTROOM MINUTES- CIVIL

☐ Motion hearing
☐ Show Cause Hearing
☐ Evidentiary Hearing
☐ Judgment Debtor Exam
☑ Rule 16(b) Conference

☐ .....# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .... Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... ☐ Briefs(s) due ____ ☐ Proposed Findings due ____ Response due ____
☐ ........... _____  ☐ filed ☐ docketed
☐ ........... _____  ☐ filed ☐ docketed
☐ ........... _____  ☐ filed ☐ docketed
☐ ........... _____  ☐ filed ☐ docketed
☐ ........... _____  ☐ filed ☐ docketed
☐ ........... _____  ☐ filed ☐ docketed
☐ ........... Hearing continued until _____ at _____

Notes: Counsel will file an amended 26(f) report and proposed protective order.