IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 1 CONNECTICUT HEALTH FUND and TRUSTEES OF SHEET METAL WORKERS' LOCAL NO. 40 HEALTH FUND, individually and on behalf of the INTERNATIONAL BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 1 CONNECTICUT HEALTH FUND, the SHEET METAL WORKERS' LOCAL NO. 40 HEALTH FUND, and all others similarly situated, <br><br>Plaintiffs, <br><br>v. <br><br>ELEVANCE, INC. F/K/A ANTHEM, INC., ANTHEM HEALTH PLANS, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD, ANTHEM BLUE CROSS, EMPIRE BLUE CROSS BLUE SHIELD, and EMPIRE BLUE CROSS, <br><br>Defendants. | **PLAINTIFFS' MOTION TO FILE AN AMENDED COMPLAINT** <br><br> 3:22-cv-01541 (VDO) |

In its Memorandum and Order Granting in Part and Denying in Part Defendants' Motion to Dismiss (ECF No. 86), the Court permitted Plaintiffs to file a motion for permission to file an amended complaint in this matter, consistent with the requirements of D. Conn. Civ. R. 7(f). Plaintiffs now move the Court for permission to file the attached Amended Class Action Complaint, included in both a "clean" and "redline" format.

Plaintiffs respectfully request that the Court grant this motion for permission to file an Amended Complaint in this matter.

Dated: June 21, 2024                    Respectfully submitted,

                                        */s/ Julie S. Selesnick*
                                        Julie S. Selesnick

Gregg D. Adler
CT Bar No. 300219
**Livingston, Adler, Pulda, Meiklejohn & Kelly, PC**
557 Prospect Avenue
Hartford, CT 06105
Tel. (860) 233-9821
Fax (860) 232-7818
gdadler@lapmk.org

Karen L. Handorf (pro hac vice)
Julie S. Selesnick (pro hac vice)
**BERGER MONTAGUE PC**
2001 Pennsylvania Ave., NW Suite 300
Washington, D.C. 20006
Tel. (202) 559-9740
Fax (215) 875-4604
khandorf@bm.net
jselesnick@bm.net

Shanon J. Carson (pro hac vice)
Abigail J. Gertner (pro hac vice)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel. (215) 875-3000  Fax (215) 875-4604
scarson@bm.net
agertner@bm.net

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Julie S. Selesnick, attorney for the Plaintiffs, hereby certify that on Friday, June 21, 2024, a copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF, which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

*/s/ Julie S. Selesnick*
Julie S. Selesnick