IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 1 CONNECTICUT HEALTH FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ELEVANCE, INC. F/K/A ANTHEM, INC., et al.<br><br>Defendants. | Civil Action No.: 3:22-cv-01541-VDO<br><br>The Hon. Judge Vernon D. Oliver<br><br>July 12, 2024 |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION
TO FILE AN AMENDED COMPLAINT**

Defendants respectfully submit this Response to Plaintiffs' Motion to File an Amended Complaint. *See* ECF No. 88. For the following reasons, Defendants do not oppose the Motion, but reserve all rights to challenge the sufficiency of Plaintiffs' claims in a responsive pleading.

Based on Defendants' review to date, Plaintiffs' proposed Amended Complaint does not cure the deficiencies that this Court previously identified. *See* Order Granting in Part and Denying in Part Defendants' Motion to Dismiss ("MTD Order"), ECF No. 86. Indeed, Plaintiffs' Amended Complaint relies on many of the same characterizations of the parties' relationship and Anthem BCBS-CT's functions that Plaintiffs previously alleged in the original Complaint. *Compare, e.g.*, Am. Compl. ¶ 90, ECF No. 88-1, ("Anthem controls all aspects of its relationship with its network providers and asserts that information related to Anthem's provider network, provider negotiated rates, providers discounts, and provider terms is proprietary."); *with* Pls.' Opp. to Mot. to Dismiss, ECF No. 66, at 11 ("Anthem controls all aspects of its relationship with network providers and considers information about its provider negotiated rates, discounts, contract terms, claims

processing, and claims payment to be proprietary." (citing Compl. ¶ 3)). Those allegations are no more sufficient to state an ERISA claim now than they were before. *See* MTD Order at 17 ("[T]o the extent that Plaintiffs are challenging the contracts that Defendants entered into with the network providers, those actions seem to be 'business decisions' that do not fall under the purview of ERISA."). At bottom, Plaintiffs continue to challenge non-discretionary functions—including the contractual mandate that Anthem BCBS-CT apply the in-network rate that it negotiated with providers to Plaintiffs' reimbursement claims. Plaintiffs attempt to portray Anthem BCBS-CT's performance of these mandatory contractual terms as complex, but complexity does not make these functions any less mandatory. *See Mass. Laborers' Health and Welfare Fund v. Blue Cross Blue Shield of Mass.*, 66 F.4th 307, 321 (1st Cir. 2023) (rejecting argument that "confuses the complexity of the medical issues involved with the question of whether [the defendant] had discretion").

In the interest of efficiency, however, Defendants do not oppose Plaintiffs' Motion to File an Amended Complaint. Defendants are continuing to evaluate Plaintiffs' allegations and will address the sufficiency of the Amended Complaint through a Rule 12 motion rather than in arguing against amendment. Defendants also have requested that Plaintiffs provide copies to Defendants of the contracts that they quote extensively in (but do not attach to) their Amended Complaint. Those contracts will assist Defendants and this Court in assessing the sufficiency of Plaintiffs' claims.

DATED: July 12, 2024                Respectfully submitted,

                                                            */s/ Michael G. Durham*
                                                            Michael G. Durham (ct05342)
                                                            Matthew H. Geelan (ct26934)
                                                             CARMODY TORRANCE SANDAK & HENNESSEY LLP

741 Boston Post Rd # 306
Guilford, CT 06437
Tel: (203) 458-9168
Fax: (203) 458-4424
mdurham@carmodylaw.com

E. Desmond Hogan (*admitted pro hac vice*)
Briana L. Black (*admitted pro hac vice*)
W. David Maxwell (*admitted pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square
555 13th Street, N.W.
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
desmond.hogan@hoganlovells.com
briana.black@hoganlovells.com
david.maxwell@hoganlovells.com

*Counsel for Defendants Elevance Health, Inc., Anthem Health Plans, Inc., Blue Cross of California, Empire HealthChoice Assurance, Inc., and Empire Health Choice HMO, Inc.*

## **CERTIFICATE OF SERVICE**

I, Michael G. Durham, attorney for the Defendants listed below, certify that, on July 12, 2024, I caused a copy of the foregoing to be served, via ECF, on all counsel of record.

*/s/ Michael G. Durham*
Michael G. Durham

*Counsel for Defendants Elevance Health, Inc., Anthem Health Plans, Inc., Blue Cross of California, Empire HealthChoice Assurance, Inc., and Empire Health Choice HMO, Inc.*
