**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| TRUSTEES OF INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 1 CONNECTICUT HEALTH FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELEVANCE, INC. F/K/A ANTHEM, INC., et al. <br><br> Defendants. | Civil Action No.: 3:22-cv-01541-VLB <br><br> The Hon. Judge Vernon D. Oliver <br><br> November 4, 2024 |

## JOINT STATUS REPORT

Pursuant to the Court's October 22, 2024 Order, ECF No. 99, the parties respectfully submit this joint status report.

### Status of Proceedings

Last November the parties engaged in private mediation and attempted to settle their disputes. While the parties engaged in good faith negotiations, that attempt was unsuccessful. After the mediation, the parties argued Defendants' Motion to Dismiss, which was granted in part and denied in part by this Court on April 22, 2024, ECF No. 86. Plaintiffs were given leave to amend the Complaint, which was done July 15, 2024. The parties are currently briefing Defendants' Motion to Compel Arbitration and Defendants' Motion to Dismiss; briefing on both will be complete by mid-December. On October 22, 2024, the Court issued an Order instructing the parties to confer and file a status report by November 4, 2024 indicating whether the case would benefit from a referral to a settlement conference before a Magistrate Judge.

**Plaintiffs' Position:**  Plaintiffs do not believe that a referral to a Magistrate Judge for a settlement conference at this time is likely to assist with resolution of this matter. Plaintiffs hope that oral argument will be held shortly after briefing is complete. As such, Plaintiffs would like to finish briefing and receive decisions on the pending motions. After these motions are decided, and after the exchange of some document discovery, Plaintiffs would like to revisit whether settlement conference would be helpful.

**Defendants' Position:**  While Defendants believe they have strong pending motions to compel arbitration and for dismissal under Rule 12, Defendants are always open to exploring possible resolution to avoid unnecessary expenses, time and abrasion associated with ongoing litigation.  Defendants believe the parties' briefing of the present motions could help inform whether there is a potentially mutually agreeable path to resolution.  Defendants are amenable to referral to a settlement conference with a Magistrate Judge before the parties and Court expend additional resources.

DATED: November 4, 2024                    Respectfully submitted,

*/s/ Julie Selesnick*
Julie Selesnick

Gregg D. Adler
Livingston, Adler, Pulda, Meiklejohn & Kelly, PC
557 Prospect Avenue
Hartford, CT 06105
Tel. (860) 454-9608
Fax (860) 232-7818
gdadler@lapmk.org

Julie S. Selesnick (pro hac vice)
BERGER MONTAGUE PC
1001 G Street, NW, Suite 400 East
Washington, D.C. 20006
Tel. (202) 559-9740
Fax (215) 875-4604

jselesnick@bm.net

Shanon J. Carson (pro hac vice)
Abigail J. Gertner (pro hac vice)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel. (215) 875-3000
Fax (215) 875-4604
scarson@bm.net
agertner@bm.net

*Counsel for Plaintiffs*

*/s/ Michael G. Durham*
Michael G. Durham (ct05342)
Matthew H. Geelan (ct26934)
CARMODY TORRANCE SANDAK & HENNESSEY
LLP
741 Boston Post Rd # 306
Guilford, CT 06437
Tel: (203) 458-9168
Fax: (203) 458-4424
mdurham@carmodylaw.com

E. Desmond Hogan (*admitted pro hac vice*)
Briana L. Black (*admitted pro hac vice*)
W. David Maxwell (*admitted pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square
555 13th Street, N.W.
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
desmond.hogan@hoganlovells.com
briana.black@hoganlovells.com
david.maxwell@hoganlovells.com

*Counsel for Defendants Elevance Health, Inc., Anthem
Health Plans, Inc., Blue Cross of California, Empire
HealthChoice Assurance, Inc., and Empire Health
Choice HMO, Inc.*

3