# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 1 CONNECTICUT HEALTH FUND and TRUSTEES OF SHEET METAL WORKERS' LOCAL NO. 40 HEALTH FUND, individually and on behalf of the INTERNATIONAL BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 1 CONNECTICUT HEALTH FUND, the SHEET METAL WORKERS' LOCAL NO. 40 HEALTH FUND, and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>ELEVANCE, INC. F/K/A ANTHEM, INC., ANTHEM HEALTH PLANS, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD, ANTHEM BLUE CROSS, EMPIRE BLUE CROSS BLUE SHIELD, and EMPIRE BLUE CROSS,<br><br>      Defendants. | Civil Action No. 3:22-cv-01541 (VDO)<br><br>January 10, 2025<br><br>**MOTION TO WITHDRAW ABIGAIL J. GERTNER AS COUNSEL FOR THE PLAINTIFFS** |

  PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 7(e), the undersigned moves to withdraw as counsel for Plaintiffs Trustees of the International Union of Bricklayers and Allied Craftworkers Local 1 Connecticut Health Fund and Trustees of the Sheet Metal Workers Local No. 40 Health Fund.

  The undersigned will be leaving Berger Montague PC as of today, January 10, 2025, and therefore should no longer be counsel of record for Plaintiffs. This withdrawal will not prejudice Plaintiffs, who will continue to be represented by Julie S. Selesnick and Shanon J. Carson of Berger Montague PC, and Gregg D. Adler of Livingston, Adler, Meiklejohn & Kelly PC.

Plaintiffs are aware of and consent to this withdrawal, and the undersigned does not assert a retaining or charging lien in connection with the above-captioned action.

For the foregoing reasons, the undersigned respectfully requests that the Court permit her to withdraw as counsel for the Plaintiffs in the present action and to remove her from the Electronic Case Filing notification list in the above-captioned action.

Dated: January 10, 2025               Respectfully submitted,

*/s/ Abigail J. Gertner*
Abigail J. Gertner

Abigail J. Gertner (*pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel. (215) 875-3000
Fax (215) 875-4604
agertner@bm.net

## CERTIFICATE OF SERVICE

    I, Abigail J. Gertner, attorney for the Plaintiffs, hereby certify that on Friday, January 10, 2025, a copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF, which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

                                          */s/ Abigail J. Gertner*
                                          Abigail J. Gertner