# UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CIVIL STANDARD MINUTES

Date: **July 23, 2025**

Case #: **3:22CV1541 (SFR)**

Honorable Judge: **Sarah F. Russell**

Deputy Clerk: **Diahann Lewis**

**Trustees of Intl Union of Bricklayers**

Vs.

**Elevance, Inc. et al**

Counsel for Pla(s): **Gregg D. Adler, Julie Selesnick**

Counsel for Dft(s): **Matthew Geelan, Briana Black, W. Maxwell**

Start Time: **10:32**   End Time: **12:34**

Reporter/ECRO/Courtsmart: **Terri Fidanza**

Recess (if more than ½ hr) _____ to _____

Interpreter _____ Language _____

Total Time **02** hour(s) **02** minute(s)

Hearing held: ☑ in person   ☐ by video   ☐ by telephone

## HEARING AND TIME

| ■ Motion/Oral Argument | ☐ Show Cause Hearing | ☐ Evidentiary Hearing |
| ☐ Judgment Debtor Exam | ☐ Pretrial Conference | ☐ Scheduling Conference |
| ☐ Status Conference | ☐ Settlement Conference | ☐ Other: _____ |

## MOTIONS

■ Motion **to Compel Arbitration (Doc., #[97])** filed by ☐ Pla ■ Dft ☐ granted ☐ denied ■ taken under advisement

■ Motion **to Dismiss Amended Complaint (#[98])** filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ■ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

☐ Status report due _____

☐ Hearing continued until _____ at _____

## NOTES

Rev. 3/21/24