# United States District Court for the District of Connecticut

Case Number: 3:22-cv-01541

Trustees of International Union of Bricklayers and Allied Craftworkers Local 1 Connecticut Health Fund and Trustees of Sheet Metal Workers' Local No. 40 Health Fund, individually and on behalf of the International Bricklayers and Allied Craftworkers Local 1 Connecticut Health Fund, the Sheet Metal Workers' Local No. 40 Health Fund, and all others similarly situated.

*List the full name(s) of the plaintiff(s)/petitioners(s)*

v.

## NOTICE OF APPEAL

Elevance, Inc. f/k/a Anthem, Inc., Anthem Health Plans, Inc. d/b/a Anthem Blue Cross and Blue Shield, Anthem Blue Cross, Empire Blue Cross Blue Shield, and Empire Blue Cross

*List the full name(s) of the defendant(s)/respondent(s)*

Notice is hereby given that Elevance, Inc. f/k/a Anthem, Inc., Anthem Health Plans, Inc. d/b/a Anthem Blue Cross and Blue Shield, Anthem Blue Cross, Empire Blue Cross Blue Shield, and Empire Blue Cross in the above-

**List the names of all parties who are filing an appeal*

named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the

☐ final judgment entered in this action on ____________

*Date Entered*

OR

☑ order #( 122 ) entered in this action on 3/20/2026 described as:

*Date Entered*

denying Defendants' Motion to Compel Arbitration of Plaintiff IUBAC Local 1's Claims and Stay Action (ECF No. 97).

*(Provide a brief description of the decision in the order/judgment)*

4/20/2026

*Date*

[signature]

*Signature*

Geelan, Matthew H.

*Name (Last, First, MI)*

CARMODY TORRANCE SANDAK & HENNESSEY LLP, 741 Boston Post Road, Suite 306, Guilford, CT 06437

*Address* *City* *State*

(203) 458-9168

*Telephone*

mgeelan@carmodylaw.com

*E-mail Address (if available)*

*See Rule 3(c) for permissible ways of identifying appellants. Attach additional pages as necessary.

***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4 (c)(1), complete Form 7 (declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*

Rev. 11-16-22